UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                   )    Case No. 3:10-bk-08242-PMG

ALEJANDRO J. CAMACHO,                    )    Chapter 7

      Debtor.                            )

## TRUSTEE'S NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE AT PRIVATE SALE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Bankruptcy Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve copies on Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Gordon P. Jones, Chapter 7 Trustee, P.O. Box 600459, Jacksonville, Florida 32260-0459.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §363(b), Federal Rules of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, the trustee will sell at private sale to the debtor the bankruptcy estate's interest in the property identified below for the sum of $6,500 payable in 12 monthly installments of $541.67 beginning October 15, 2011 and continuing on the 15th day of each month until paid in full. All payments shall be made to Gordon P. Jones, Trustee, P.O. Box 600459, Jacksonville, Florida 32260-0459.

| Property | Purchase Price |
| --- | --- |
| Equity in Honda Van listed on Schedule B | $4,000 |
| Stock and Interest in Catalog Solutions listed on Schedule B | $2,500 |

The property is being sold subject to all liens and encumbrances of record. The proceeds of the sale shall become property of the estate and distributed according to the Bankruptcy Code.

The trustee will entertain higher bids for the purchase of the personal property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Cynthia C. Jackson, attorney for the trustee, at the address listed below no later than the close of business on the twenty-first (21st) day from the date of mailing as indicated below. If a higher bid is received, a telephone auction will occur among the bidders and debtor on the earliest date the trustee can arrange such auction.

This notice is being served on all parties in interest as identified on the mailing matrix.

Date of Service: October 13, 2011

SMITH HULSEY & BUSEY

By /s/ Cynthia C. Jackson
    Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Attorney for Trustee

By _____
    Vera L. June

Florida Bar Number 0030868
283 Cranes Roost Blvd., Suite 111
Altamonte Springs, Florida 32701
(407) 215-1868
junelegal@gmail.com

Attorneys for Debtor

## Certificate of Service

I certify that a copy of the foregoing was furnished by mail to all parties on the mailing matrix, this  13th  day of    October    , 2011.

                                                /s/ Cynthia C. Jackson
                                                        Attorney

00769745.DOC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-08242-PMG<br>Middle District of Florida<br>Jacksonville<br>Thu Oct 13 10:49:02 EDT 2011 | Alejandro J Camacho<br>1057 Windbrook Drive<br>Deltona, FL 32725-7375 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Citi<br>PO. Box 6241<br>Sioux Falls, SD 57117-6241 | Contact Office Solutions<br>18582 Dominguez Hills<br>Ranch Dominguez, CA 90220 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gemb/care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 | Kimble & Associates<br>105 Tall Oaks St.<br>Hot Springs, AR 71913-9153 |
| Leaf Funding, Inc.<br>2005 Market St 15 fl<br>Philadelphia Pa 19103-7009 | Midland Credit Mgmt<br>8875 Aero Dr<br>San Diego, CA 92123-2251 | Riverside Bank (Equity Loan)<br>P.O. Box 400<br>Ft. Pierce, FL 34954-0400 |
| Riverside National Ba<br>2810 S Federal Hwy 1<br>Fort Pierce, FL 34982-6331 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 | Vicky Harris (Loan Automobile Contract)<br>475 Alexandar Ave<br>Deltona, FL 32725-8348 |
| Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO<br>ATTN BANKRUPTCY DEPT<br>MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Gordon P. Jones +<br>P O Box 600459<br>Jacksonville, FL 32260-0459 |
| Cynthia C. Jackson +<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 | United States Trustee - JAX 7 +<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | Vera L June +<br>Law Offices of Vera L. June, PA<br>538 E Washington Street<br>Orlando, FL 32801-1678 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Paul M. Glenn<br>Jacksonville | (d)Gordon P. Jones +<br>P.O. Box 600459<br>Jacksonville, FL 32260-0459 | End of Label Matrix<br>Mailable recipients   23<br>Bypassed recipients    2<br>Total                25 |